**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re: Case No. 26-50403

Randy Scott Arneson Chapter 13

Debtor(s).

---

**NOTICE OF HEARING AND MOTION**

---

TO: American National Bank of Minnesota and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE NOTICE** that at 2:30 p.m. on Tuesday, September 22, 2026, before the Honorable William J. Fisher, Edward R. Shaw, on behalf of Randy Scott Arneson ("Debtor"), will move the Court for the following relief:

1. An Order from the Court sustaining Debtors' Objection to the Proof of Claim filed by American National Bank of Minnesota.
2. An Order from the Court finding that American National Bank of Minnesota has incorrectly identified the entire outstanding mortgage balance as the amount necessary to cure the default, in the amount of $673,611.31.
3. An Order from the Court ordering that American National Bank of Minesota's allowed prepetition arrearage necessary to cure the default is $58,937.80.
4. An Order from the Court directing American National Bank of Minnesota to amend their Proof of Claim to separately identify the total secured mortgage indebtness and the prepetition arrearage necessary to cure the default within 14 days of the Order.

The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at (651) 848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judgescalendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at (651) 848-1061 at least 48 hours prior to the hearing.

Dated: August 17, 2026

Signed*: /s/ Edward R. Shaw*
Edward R. Shaw (MN#0262912)
Edward R. Shaw, P.A.
722 South 6th Street
Brainerd, Minnesota 56401
Attorney for Randy Scott Arneson