**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

BKY 26-50403
Chapter 13

Randy Scott Arneson,

Debtors.

**ORDER**

This case is before the Court for confirmation hearing on the Chapter 13 plan of Randy Scott Arneson.

IT IS ORDERED:

Confirmation of the debtors' Chapter 13 plan is DENIED.

Dated: *September 22, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge